PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

JAN 23 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF TEXAS
_San Antonio_ DIVISION

_Ricky Clay Jones # 1523892_
Plaintiff's Name and ID Number

_Torres Unit_
Place of Confinement

CASE NO. **SA23CA0084 FB**
(Clerk will assign the number)

v.

_Bobby Lumpkin, Director CID_
Defendant's Name and Address

_P.O. Box 99_
Defendant's Name and Address

_Huntsville, TX 77342_
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____
   2. Parties to previous lawsuit:
      Plaintiff(s)_____
      Defendant(s)_____
   3. Court: (If federal, name the district; if state, name the county.)_____
   4. Cause number:_____
   5. Name of judge to whom case was assigned:_____
   6. Disposition: (Was the case dismissed, appealed, still pending?)_____
   7. Approximate date of disposition:_____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: Torres Unit, 125 Private Rd #4303 Hondo, TX 78861

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Ricky Clay Jones #1523892, 125 Private Rd. #4303, Hondo, TX 78861

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bobby Lumpkin, Director, Texas Department of Criminal Justice, CID, P.O. Box 99, Huntsville, TX 77342
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
At his direction state employees broke the law in handleing my trust fund account

Defendant #2: H. M. Pederson, 965 Ofstie Street, Beeville, TX 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Neglegence in grievance procedure, disregard for state law

Defendant #3: S. Sanchez, Asst. Regional Director, 965 Ofstie Street, Beeville, TX 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4:
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1. State officials took every last cent sent to my trust fund account and broke state laws by doing so. I stated these laws in grievances, yet they offer no legal reference to refute my allegations.

2. Situation created in regards to my trust fund account left me without a fan for the Summer of 2022, where we were locked down for the entire month of August with no fan. Thats truly cruel and unusual punishment when theres a pile of fans (confiscated) piled 3 ft. high in gym.

3. The over 180 days taken to answer grievances, again breaking the law.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatary damages for cost of petition. Punitive for suffering inflicted. Injunctive to stop the State from unlawfully taking other inmates money.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Richy Clay Jones.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

870861, 01236869, 01344735, 01988132

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?     YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?     YES ___ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?     YES ✓  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: __1/19/23__
            DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __19th__ day of __January__, 20 __23__
            (Day)               (month)           (year)

_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev 05/15

5

Received - 1/18/23
I-115T

**Texas Department of Criminal Justice**

**STEP 2**  **OFFENDER GRIEVANCE FORM**

Jones, Ricky

Offender Name: Rick Jones    TDCJ #: 1523892
Unit: Torres    Housing Assignment: ~~10-1411~~
Unit where incident occurred: Torres

**OFFICE USE ONLY**
JAN 1 0 2023
Grievance #: 2022109954
UGI Recd Date: JUL 26 2022
HQ Recd Date: AUG 12 2022
Date Due: 9/4/22
Grievance Code: 502
Investigator ID#: I2664
Extension Date: OCT 14 2022

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

To think that Ms Martinez can actually put my face to my name, or situation is absurd. On 12/13/21 and on 5/24/22 I received money from my daughter in which the State of Texas took every last cent I had before I had a chance to spend a dime. Unlawfully took my money that is. So this statement regarding the purchase of a fan while I did have funds is also absurd. I'm 53 years old and if you don't find some way to get me a fan, I'm suing the State of Texas. How's that for opportunity!

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

**Offender Signature:** _Rick Jones_      **Date:** 7/94/22

**Grievance Response:**

Your complaint has been reviewed. The available evidence supports the conclusion of the Step 1 Investigation. Records reflect the fees collected from your account were done in accordance with agency policy and state law. Be advised, per the Orientation Handbook, an inmate trust fund account is held under the authority of TDCJ. The agency may decide what funds shall be deposited and withdrawn. No further action is warranted.

_H. M. Pederson_

**Signature Authority:** _____ **Date:** DEC 1 2 2022

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

### OFFICE USE ONLY

**Initial Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)          Appendix G

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

JUL 27 2022

**OFFICE USE ONLY**

Grievance #: 2022104154
Date Received: JUN 10 2022
Date Due: 7-30
Grievance Code: 502
Investigator ID #: 2147
Extension Date: ___
Date Retd to Offender: JUL 13 2022

Offender Name: Rick Jones (Jones, Ricky)   TDCJ # 1523892
Unit: Torres   Housing Assignment: C-1-14T
Unit where incident occurred: Torres

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Commissary Lady   When? 6/2/22
What was their response? That I had no money
What action was taken? I couldn't purchase any hygeine.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On above date I went to commissary and I had a "0" balance. According to Texas Gov't Code §501.014 Inmate Money (a) The department shall withdraw money from an inmates account under Subsection (e) before the department applies a deposit to that account toward any unpaid balance owed to the department by the inmate under Section 501.063. So, Section §501.063 Inmate Fee for Health Care (a)(3) The inmate shall pay the fee out of the inmates trust fund. If the balance in the fund is insufficient to cover the fee, 50 percent of each deposit to the fund shall be applied toward the balance owed until the total amount owed is paid. — On 5/22/2022 my daughter sent me $40 and after going to commissary on 6/2/2022 the commissary lady prints me out a receipt saying "0" balance. The fact that the "Inmate Trust Fund" took more than 50% is in fact against the law. It's really a no brainer ½ of $40 is 20. I should have had $20 left to spend on deoderant, soap, toothpaste, and other nessecetties yet the state leaves me with nothing. Here I am broke and destetute and the great state of Texas not only does not furnish everything a human being needs to live but takes away what little support I can muster for myself. Its sad really knowing people in the state government can't read and understand english. I mean the 50% rule has been on the books for how many years? Whats changed? Nothing. On the above said

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

Date I +... pay... ... ... th of March and its June. What's really going on. Is the job that hard?

**Action Requested to resolve your Complaint.**

I want my $80 back today and put directly in front of Commissary today

Offender Signature: _Kiki Jones_     Date: 6/3/22

**Grievance Response:**

Your compliant has been reviewed. Investigation revealed that records indicate that there was a deposit on 12/13/21, and the next one was on 5/24/22. There were no other deposits made to this account between those times. Since December, there have been indigent postage charges to the account, and some of the amount owed was collected on 5/24/22. You were charged for a replacement ID card in February, and this was collected on 6/10/22. Medical charges owed from 11/5/21 and 11/11/21 were also collected on 5/24/22. Balance was correct at the time of incident. No further action is warranted by this office at this time.

Signature Authority: _Sanchez_     S. Sanchez     Asst. Regional Director     Date: 7/11/2022

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

**Appendix F**



# Texas Department of Criminal Justice
# STEP 2 — OFFENDER GRIEVANCE FORM

I+ 1ST

Offender Name: Rick Jones   TDCJ #: 1523892
Unit: Torres   Housing Assignment: ~~C-1-14F~~
Unit where incident occurred: Torres

**OFFICE USE ONLY**
Grievance #: 2022120088
UGI Recd Date: JUL 26 2022
HQ Recd Date: AUG 12 2022
Date Due: 9/4/22
Grievance Code: 513-598
Investigator ID#: 1-2838
Extension Date: OCT 14 2022

Received JAN 18 2023

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I cannot believe the people employed by the State of Texas think that its alright to steal a inmates last dime from his trust fund account. And It's not just me that they've done that too, but thousands of people state wide. What kind of cruel and unusual punishment is this? The State barely furnishs soap and razors, and they sure don't furnish shampoo, deodorant, finger nail clippers, or toothpaste on this unit. I am in G4 status and cannot recieve an Ecomm. No where in the response section of the Step 1 grievance is there a legal argument, statute, or rule to rebutt § 501.014 (g)(e) or § 501.063 (a)(3) of the Texas Gov't Code. Basically all the response section does is give a time line of how and when you stole all my money, my family made sacrifices in order to send me. It blows my mind how Texas is one of only 2 states that don't pay their prisoners but the only state to steal from them. They have in fact unlawfully taken my money as well as thousands of others and their to lazy or inept to rectify this. I'm suffering cruel and unusual punishment here being a 53 yr old man, in the dead of summer with no fan, no deodorant, and no toothpaste, with no relief in sight.

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

**Offender Signature:** *Rick Jones*  **Date:** 7/25/22

**Grievance Response:**

An investigation into your allegations has been initiated by this office. The appropriate avenue for requesting a fan due to your indigent status is to file an I-60 with the Building Major. However, Property Ofcr. Martinez has verified that you do have a fan at this time. Records do indicate funds were removed to cover UTMB for copays and stamps according to Policy AD-14.62. There were no policy or procedure violations noted. Your grievance is therefore considered resolved and no further action will be taken by this office.

*H. M. Pederson*

**Signature Authority:** _____  **Date:** _____

**Returned because:**  *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened  ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened  ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened  ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    Appendix G

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

*Accept as original* JUL 2 2 2022

**Offender Name:** Rick Jones  **TDCJ #** 1523892
**Unit:** Torres  **Housing Assignment:** C-1-14T
**Unit where incident occurred:** Torres

**OFFICE USE ONLY**
Grievance #: 2022120088
Date Received: 7-5-2022
Date Due: 8-24-2022
Grievance Code: 573, 598
Investigator ID #: IU97
Extension Date: ___
Date Retd to Offender: JUL 13 2022

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
**Who did you talk to (name, title)?** Ms Martinez via I-60  **When?** 6/19/22
**What was their response?** Nothing
**What action was taken?** None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I've been indegent for over 6 months. However my daughter Robin Perez has 2 or 3 times sent me money only to have the trust fund people take every last penny. I have wrote to supply, to property, and P.O. Box 60 Huntsville, TX for an indegent or a loaner fan. I'm 53 years old and I need a loaner or indegent fan. I've been trying for 4 months and this is ridiculous.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

**Action Requested to resolve your Complaint.**

I need a loaner or indegent fan.

**Offender Signature:** Jeff Jones    **Date:** 7/1/22

**Grievance Response:**

The Torres Unit Property Officer advised you were given the opportunity to go to commissary to purchase a fan while you did have funds; However, you chose not to purchase a fan while having funds in your Inmate Trust Fund account. No further action warranted by this office.

S. Sanchez
Asst. Regional Director

**Signature Authority:** Sanchez    **Date:** 7/11/2022

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

Appendix F